**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 127 MAL 2018

                Respondent          :

                              :   Petition for Allowance of Appeal from

                              :   the Order of the Superior Court

           v.                   :

                              :

CHARLESTAE A. TAGGART,          :

                            :

              Petitioner            :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 7th day of August, 2018, the Petition for Allowance of Appeal is **DENIED**.